FILED
98 MAY 29 PM 4:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLA M. BROWNING, an individual, and Ella M. Browning, as Executrix of the Estate of Adron K. Browning, Jr., deceased,<br><br>    Plaintiff,<br><br>vs<br><br>MAURICE MARTIN, COMTRAK, INC., and ALFA INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION NO.98-B-0108-E |

ENTERED
MAY 29 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiff's motion for remand is due to be granted and this action remanded to the Circuit Court for Calhoun County, Alabama. An appropriate order will be entered.

DONE, this 27th day of May, 1998.

SHARON LOVELACE BLACKBURN,
UNITED STATES DISTRICT JUDGE